THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KAREN LYNNE THORNTON )
106 Cherokee Trail )
Wilmington, NC 28409 )
  )
  ) CIVIL ACTION _____
         Plaintiff, )
  )
vs. )
  )
ELI LILLY AND COMPANY, ) DEFENDANT ELI LILLY AND
Lilly Corporate Center ) COMPANY'S DISCLOSURE OF
Indianapolis, IN 46285 ) CORPORATE AFFILIATIONS AND
  ) FINANCIAL INTERESTS
and )
  )
ABBOTT LABORATORIES, INC. )
100 Abbott Park Road )
Abbott Park, IL 60064 )
w/s/o CT CORPORATION ) Case: 1:07-cv-02179
1025 Vermont Avenue, N.W. ) Assigned To : Walton, Reggie B.
Washington, D.C. 20005 ) Assign. Date : 12/3/2007
  ) Description: PI/Malpractice
and )
  )
BRISTOL-MEYERS SQUIBB COMPANY )
as successor to E.R. SQUIBB & SONS, INC. )
P.O. Box 4500 )
Princeton, NJ 08543 )
w/s/o CT CORPORATION )
1025 Vermont Avenue, N.W. )
Washington, D.C. 20005 )
  )
and )
  )
DART INDUSTRIES, INC., )
as successor to REXALL DRUG CO., INC. )
c/o Sheila Ann Marie Moeller, Esq. )
Gilbride, Tusa, Last & Spellane, LLC )
31 Brookside Drive )
Greenwich, CT 06830 )
  )
and )

143775v2

| | |
|---|---|
| GLAXOSMITHKLINE<br>a successor to S.E. MASSENGILL, CO.<br>5 Moore Drive<br>Research Triangle Park, NC 27709<br>w/s/o GLAXOSMITHKLINE<br>1500 K Street, N.W.<br>Washington, D.C. 20036 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| and | )<br>) |
| KREMERS-URBAN CO.<br>6140 E. Executive Drive<br>Mequon, WI 53092<br>w/s/o JACKSON & CAMPBELL, P.C.<br>1120 20th Street, N.W., Suite 300<br>Washington, D.C. 20036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| and | )<br>) |
| MALLINCKRODT, INC.<br>675 McDonnell Boulevard<br>St. Louis, MO 63402 | )<br>)<br>)<br>) |
| and | )<br>) |
| MERCK & CO., INC.<br>P.O. Box 4<br>West Point, PA 19486<br>w/s/o CT CORPORATION<br>1025 Vermont Avenue, N.W.<br>Washington, D.C. 20005 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| and | )<br>) |
| PERSON & COVEY, INC.<br>616 Allen Avenue<br>Glendale, CA 91221 | )<br>)<br>)<br>) |
| and | )<br>) |
| PREMO PHARMACEUTICAL<br>LABORATORIES, INC.<br>w/s/o Corporation Trust Co.<br>820 Bear Tavern Road<br>West Trenton, NJ 08628 | )<br>)<br>)<br>)<br>) |

2

143775v2

|  |  |
|---|---|
| and | ) |
|  | ) |
| PHARMACIA and UPJOHN COMPANY | ) |
| (aka THE UPJOHN COMPANY) | ) |
| 100 Route 206 North | ) |
| Peapack, NJ 07977 | ) |
| w/s/o CT CORPORATION | ) |
| 1025 Vermont Avenue, N.W. | ) |
| Washington, D.C. 20005 | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## DEFENDANT ELI LILLY AND COMPANY'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant Eli Lilly and Company, certify that to the best of my knowledge and belief, Eli Lilly and Company has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully Submitted,

SHOOK, HARDY & BACON, L.L.P.

*/s/ John Chadwick Coots*

Michelle R. Mangrum, D.C. Bar No. 473634
John Chadwick Coots, D.C. Bar No. 461979
Judith L. O'Grady, D.C. Bar No. 494290
600 14TH Street, NW Suite 800
Washington, D.C. 20005-2004
Phone: (202) 783-8400
Fax: (202) 783-4211

and

143775v2

David W. Brooks
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547

**ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of December, 2007, a true and accurate copy of the foregoing has been furnished by first-class U.S. Mail, postage prepaid, to counsel of record listed below.

Aaron M. Levine
AARON M. LEVINE & ASSOCIATES
1320 19th Street, NW, Suite 500
Washington, DC  20036
**Attorneys for Plaintiffs**

Jennifer G. Levy
Kirkland & Ellis, LLP
655 Fifteenth Street NW, Suite 1200
Washington, DC  20005-5793
**Attorneys for Abbott Laboratories, Inc.**

Sidney G. Leech
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
**Attorneys for Bristol Myers Squibb Company**

John F. Anderson
Troutman Sanders, LLP
1660 International Drive, Suite 600
McLean, VA  22102
**Attorneys for Dart Industries, Inc.**

Janet K. Coleman
Whitney & Bogris, L.L.P.
401 Washington Avenue, 12th Floor
Towson, MD 21204
**Attorneys for GlaxoSmithKline and Mallinckrodt, Inc.**

Robert N. Kelly
Jackson & Campbell, P.C.
1120 20th Street, N.W.
Washington, DC 20036
**Attorneys for Kremers-Urban Co.**

Elizabeth Ewert
Drinker Biddle & Reath, LLP
1500 K Street NW, Suite 1100
Washington, DC  20005
**Attorneys for Merck & Co., Inc. and Pharmacia and Upjohn Company**

Sean C.E. McDonough
David D. Hudgins
Hudgins Law Firm
515 King Street, Suite 400
Alexandria, VA  22314
**Attorneys for Person & Covey, Inc.**

Sarah S. Keast
Goodwin & Proctor, LLP
901 New York Avenue, NW, Suite 900
Washington, D.C.  20001
**Attorneys for Premo Pharmaceutical Laboratories, Inc.**

_____
ATTORNEY FOR DEFENDANT
ELI LILLY AND COMPANY