IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN LYNNE THORNTON,** )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>**ELI LILLY AND COMPANY,** *et al.*, )<br>)<br>*Defendants.* ) | Case No. 1:07CV2179 (RBW) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Elizabeth Ewert and Michael J. McManus as counsel in this case for Defendant Pharmacia & Upjohn Company LLC.

I certify that the above-named counsel are admitted to practice in this court.

        Respectfully submitted,

        By: /s/Elizabeth Ewert
        Elizabeth Ewert (#479368)
        Michael J. McManus (#262832)
        DRINKER BIDDLE & REATH LLP
        1500 K Street, N.W., Suite 1100
        Washington, D.C. 20005-1209
        Telephone: 202/842-8800
        Telecopier: 202/842-8465

        *Attorneys for Pharmacia & Upjohn Company LLC*

Dated: December 7, 2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2007, a copy of the above and foregoing **Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert