IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KAREN LYNNE THORNTON,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:07CV2179 (RBW) |
| v. ) | |
| ) | |
| **ELI LILLY AND COMPANY,** *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the appearance of Michael J. McManus and Elizabeth Ewert as counsel in this case for Defendant Merck & Co., Inc.

I certify that the above-named counsel are admitted to practice in this court.

Respectfully submitted,

By: /s/Elizabeth Ewert
  Elizabeth Ewert (#479368)
  Michael McManus (#262832)
  DRINKER BIDDLE & REATH LLP
  1500 K Street, N.W., Suite 1100
  Washington, D.C. 20005-1209
  Telephone: 202/842-8800
  Telecopier: 202/842-8465

  *Attorneys for Merck & Co., Inc.*

Dated: December 7, 2007

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2007, a copy of the above and foregoing **Notice of Appearance** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Elizabeth Ewert
Elizabeth Ewert