## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**KAREN LYNNE THORNTON,**            ]
                                     ]
    **Plaintiff,**              ]
                                     ]
    **v.**                      ]    **Civil Action No.: 07-2179 (RBW)**
                                     ]    **Next Event:**
**ELI LILLY AND COMPANY, et al.,**   ]
                                     ]
    **Defendants.**             ]

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Benjamin J. Cooper of AARON M. LEVINE & ASSOCIATES as counsel for plaintiff KAREN LYNNE THORNTON in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Benjamin J. Cooper
BENJAMIN J. COOPER, #502149
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046