## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KAREN LYNNE THORNTON

    Plaintiff

v.                                07 CV 2179 (RBW)

ELI LILLY & CO., et. al.

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF APPEARANCE**

Please enter the appearance of Janet K. Coleman on behalf of GlaxoSmithKline.

                        Respectfully submitted,

                        /s/ Janet K. Coleman
                        Janet K. Coleman (497902)
                        WHITNEY & BOGRIS, LLP
                        401 Washington Avenue
                        12th Floor
                        Towson, MD 21204
                        (410) 583-8000
                        **Attorneys for GLAXOSMITHKLINE**