IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN LYNNE THORNTON,

    Plaintiff     *

                                Case No. 07 CV 2179 (RBW)

v.     *

ELI LILLY AND COMPANY, et. al.     *

    Defendants     *

*   *   *   *   *   *   *   *   *   *   *   *

**ENTRY OF APPEARANCE**

Please enter the appearance of Janet K. Coleman on behalf of Mallinckrodt, Inc.

Respectfully submitted,

/s/ Janet K. Coleman
Janet K. Coleman (497902)
WHITNEY & BOGRIS, LLP
401 Washington Avenue
12th Floor
Towson, MD 21204
(410) 583-8000
**Attorneys for Mallinckrodt, Inc.**