THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KAREN LYNNE THORNTON**, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 07-02179 |
| **ELI LILLY AND COMPANY, et al.,** | ) SUPERIOR COURT NO. 2007 CA 007421 B |
| Defendants. | ) |

## DEFENDANT MALLINCKRODT INC.'S CONSENT TO REMOVAL

Defendant Mallinckrodt, Inc. with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 2007 CA 007421 B), to this Court.

/s/ Janet K. Coleman
Janet K. Coleman
Whitney & Bogris, L.L.P.
401 Washington Avenue, 12th Floor
Towson, MD 21204
Telephone: (410) 583-8000
Facsimile: (800) 893-1239

**ATTORNEYS FOR
MALLINCKRODT, INC.**