UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN LYNNE THORNTON,

               Plaintiff,

v.

ELI LILLY AND COMPANY, et al.,

               Defendants.

Civil Action No. 07-cv-2179 (RBW)

## RULE 7.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Premo Pharmaceutical Laboratories, Inc., certify that to the best of my knowledge and belief, Premo has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for Recusal.

Dated:   Washington, D.C.
         December 10, 2007

                                       Respectfully submitted,

                                       By:  /s/ Sarah Keast
                                       Sarah Keast (Bar # 484262)
                                       GOODWIN PROCTER LLP
                                       901 New York Avenue, N.W.
                                       Washington, D.C. 20001
                                       Telephone: (202) 346-4000
                                       Facsimile: (202) 346-4444
                                       Skeast@goodwinprocter.com
                                       *Attorneys for Defendant*
                                       *Premo Pharmaceutical Laboratories, Inc.*

Of Counsel:
Christopher Garvey, Esq.
Jordan D. Weiss, Esq.
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 813-8800
Facsimile (212) 355-3333
Cgarvey@goodwinprocter.com
JWeiss@goodwinprocter.com

-3-

## CERTIFICATE OF SERVICE

     I hereby certify that on December 10, 2007, I caused to be served by electronic means, via the Court's ECF system, the Answer, on all counsel registered to receive electronic notices. I also certify that I have caused copies of the aforementioned documents to be served via Federal Express upon the non-CM/ECF participants:

*See Service List*

Dated: December 10, 2007
       Washington, D.C.

                                             /s/
                                      Sarah S. Keast

SERVICE LIST

Aaron M. Levine, Esq.  
Aaron M. Levine & Associates, PA  
1320 19th Street, NW, Suite 500  
Washington, DC 20036  
*Attorneys for Plaintiff*

John Chadwick Coots  
Shook, Hardy & Bacon LLP  
600 14th Street, NW  
Suite 800  
Washington, DC 20005  
Attorneys for Defendant  
*Eli Lilly & Company*

Janet Coleman  
Whitney & Bogris, LLP  
401 Washington Avenue  
12th Floor  
Towson, MD 21204  
Attorneys for Defendants  
*S.E. Massengill, n/k/a*  
*Glaxosmithkline Inc. and Mallinckrodt Inc.*

Sidney G. Leech  
Goodell, Devries, Leech & Dann LLP  
One South Street  
Suite 2000  
Baltimore, MD 21202  
Attorneys for Defendant  
*E.R. Squibb & Sons, Inc.*

John Anderson  
Troutman Sanders LLP  
1660 International Drive  
Suite 600  
McLean, VA 22102  
Attorneys for Defendant  
*Dart Industries, Inc., p/k/a*  
*Rexall Drug Company, Inc.*

Elizabeth Ewert  
Drinker Biddle LLP  
1500 K Street, NW  
Washington, DC 20005  
Attorneys for Defendants  
*The Upjohn Company and Merck & Co.*

Jennifer Gardner Levy  
Kirkland & Ellis  
655 Fifteenth Street, N.W., Suite 600  
Washington, DC 20005  
Attorneys for Defendants  
*Abbott Laboratories*

Robert N. Kelly  
Jackson & Campbell, P.C.  
1120 20th Street, NW  
Washington, DC 20036-3406  
Attorneys for Defendants  
*Kremers-Urban Co.*

Sean C.E. McDonough  
David D. Hudgins  
Hudgins Law Firm  
515 King Street, Suite 400  
Alexandria, VA 22314  
Attorneys for Defendants  
*Person & Covey, Inc.*