UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| KAREN L. THORNTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2179 (RBW) |
| ELI LILLY AND CO., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

Pursuant to Local Civil Rule 72.2, it is

**ORDERED** that this case is referred to Magistrate Judge Kay for full case management, including discovery and settlement.

**SO ORDERED** this 11th day of December, 2007.

REGGIE B. WALTON
United States District Judge

1