UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN LYNNE THORNTON, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 1:07cv02179 (RBW) |
| | ) |
| v. | ) |
| | ) |
| ELI LILLY AND COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that as of January 22, 2008, John F. Anderson hereby withdraws his appearance on behalf of defendant Dart Industries, Inc. ("Dart") pursuant to L.Cv.R. 83.6.  No trial date has been set in this matter, another attorney has entered an appearance on behalf of Dart and Dart has consented to the withdrawal.

                              DART INDUSTRIES, INC.
                              By Counsel

TROUTMAN SANDERS, LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
(703) 734-4356

By:   /s/ John F. Anderson
      John F. Anderson
      (D.C. Bar No. 393764)

OF COUNSEL

Sheila AnnMarie Moeller
Gilbride, Tusa, Last & Spellane LLC
31 Brookside Drive
Greenwich, CT 06836
(203) 622-9360