UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREN LYNNE THORNTON,            )
                                 )
            Plaintiff,            )    Civil Action No. 1:07cv02179 (RBW)
                                 )
v.                               )
                                 )
ELI LILLY AND COMPANY, et al.,   )
                                 )
            Defendants.          )

## NOTICE OF APPEARANCE

Pursuant to L.Cv.R. 83.6, please enter the appearance of Craig C. Reilly (D.C. Bar No. 383594) with the firm of Richards McGettigan Reilly & West, P.C., 1725 Duke Street, Suite 600, Alexandria, Virginia 22314, and telephone number (703) 549-5353, as counsel for defendant Dart Industries, Inc.

                                DART INDUSTRIES, INC.
                                By Counsel

By:    /s/ Craig C. Reilly
       Craig C. Reilly (D.C. Bar # 383594)
       RICHARDS McGETTIGAN REILLY
             & WEST, P.C.
       1725 Duke Street, Suite 600
       Alexandria, VA 22312
       (703) 549-5353


OF COUNSEL

Sheila AnnMarie Moeller
Gilbride, Tusa, Last & Spellane LLC
31 Brookside Drive
Greenwich, CT 06836
(203) 622-9360