UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREN LYNNE THORNTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY AND COMPANY, et al., )<br>)<br>Defendants. ) | Civil Action No. 1:07cv02179 (RBW) |

**STIPULATED ORDER OF DIMISSAL FOR
DART INDUSTRIES, INC. WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of the plaintiff, Karen Lynne Thornton, and defendant Dart Industries, Inc. (formerly known as Rexall Drug Company), that the above-entitled action be dismissed with prejudice as against Dart Industries, Inc. and without costs to any party hereto as against the other.

**STIPULATED AND AGREED TO:**

/s/ Aaron M. Levine
Aaron M. Levine
D.C. Bar # 7864
AARON M. LEVINE & ASSOCIATES
1320 19th Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 833-8040
*Counsel for plaintiffs*

/s/ Craig C. Reilly
Craig C. Reilly
D.C. Bar # 383594
RICHARDS McGETTIGAN
    REILLY & WEST, P.C.
1725 Duke Street, Suite 600
Alexandria, VA 22312
(703) 549-5353
*Counsel for defendant
Dart Industries, Inc.*