REFERRAL TO MAGISTRATE JUDGE

CATEGORY:

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>07CV2179 | DATE REFERRED:<br>5/14/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Full Case Management including; Settlement and Discovery | JUDGE:<br>REGGIE B. WALTON | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S):<br>KAREN L. THORNTON | DEFENDANT(S):<br>ELI LILLY AND COMPANY, ET AL |
|---|---|

ENTRIES:

Case originally referred on 12/11/07 per an order;