UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

KAREN LYNN THORNTON,

          Plaintiff,

v.

ELI LILLY AND COMPANY, et al.,

          Defendants.

No. 07-2179 (RBW)

## AFFIDAVIT OF SERVICE

I, BENJAMIN J. COOPER, swear under penalty of perjury the following:

1. That I am an attorney of record for Plaintiff Karen Thornton in the above-captioned cause.

2. That, on January 4, 2008, I personally caused to be mailed, certified mail, return receipt requested, the Complaint and Summons issued by this Court to Kremers-Urban Co., a Defendant in this action.

3. That on January 14, 2008, said Complaint and Summons were served on Kremers-Urban Co., as shown by the return receipt, attached hereto.

AARON M. LEVINE AND ASSOCIATES

Benjamin J. Cooper, #502149
1320 Nineteenth Street, N.W., Suite 500
Washington, D.C. 20036
(202) 833-8040
COUNSEL FOR PLAINTIFFS

Subscribed and sworn to me or affirmed,
this 21 day of March, 2008,

Wayne Lewis
Notary Public, District of Columbia
My Commission Expires 06-14-2009

1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kremers-Urban Co.
   6140 W. Executive Dr.
   Mequon, WI 53092

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   JOSEPH PENA                     1/14/08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0004 1340 2783

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540