CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA


KAREN LYNNE THORNTON           )
                               )
                               )
                               )
                   Plaintiff   )
          v.                   )        Civil Case Number 07-2179 (RCL)
                               )
                               )        Category B
ELI LILLY, ET AL.              )
                               )
                   Defendant   )


# REASSIGNMENT OF CIVIL CASE


The above-entitled case was reassigned on <u>June 13, 2008</u> from <u>Judge</u>

<u>Reggie B. Walton</u>  to <u>Judge Royce C.Lamberth</u> by direction of the Calendar

Committee.

(Case reassigned by Consent)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Lamberth</u> & Courtroom Deputy
       <u>Judge Walton</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk