UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
KAREN LYNNE THORNTON                      :
:
           Plaintiff,     : Civil Action No. 07-02179-(RCL)
:
    v.                                   :
:
ELI LILLY AND COMPANY, et al.             :
:
          Defendants.     :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT PREMO PHARMACEUTICAL LABORATORIES, INC.

Plaintiff Karen Lynne Thornton, through her undersigned counsel, Steven J. Lewis of Aaron M. Levine & Associates, and Defendant, Premo Pharmaceutical Laboratories, Inc., by its undersigned counsel, Sarah S. Keast, of Goodwin Procter LLP, hereby stipulate that Plaintiff's claims against Premo Pharmaceutical Laboratories, Inc., <u>only</u>, may and shall be dismissed with prejudice, with each party bearing their own costs, expenses, and attorney's fees.

                                                          Respectfully submitted,

| | |
|---|---|
| **/s/ Steven J. Lewis (by permission)** | **/s/ Sarah S. Keast** |
| Steven J. Lewis (Bar # 472564) | Sarah S. Keast (Bar # 493632) |
| Aaron Levine & Associates | Goodwin\|Procter LLP |
| 1320 19th St., N.W., Suite 500 | 901 New York Ave., NW |
| Washington, D.C. 20036 | (202) 346-4109 |
| (202) 833-8040 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Premo Pharmaceutical Laboratories, Inc.* |

LIBNY/4716006.1